RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
CHRISTOPHER J. CARR (CA SBN 184076)
CCarr@mofo.com
NAVI DHILLON (CA SBN 279537)
NDhillon@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
KEVIN J. LUNNY and
DRAKES BAY OYSTER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN J. LUNNY; DRAKES BAY OYSTER COMPANY; DOES 1-30, inclusive,<br><br>　　　　　Defendants. | Case No.   C 14-00598 EMC<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff CALIFORNIA RIVER WATCH and Defendants KEVIN J. LUNNY and DRAKES BAY OYSTER COMPANY, by and through their respective counsel of record, hereby submit the following stipulated request to continue the Initial Case Management Conference currently set for June 12, 2014.

WHEREAS, prior to re-assignment to this Court, the Honorable Judge Beeler, pursuant to the request of the parties to continue the Initial Case Management Conference, had set that conference for August 14, 2014 (Doc. 11);

WHEREAS, this Court in its Case Management Conference Order in Reassigned Cases (Doc. 14) re-set the Initial Case Management Conference for June 12, 2014;

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
C 14-00598 EMC
sf- 3412487

1     WHEREAS, Defendants' counsel, Chris Carr, is not available on June 14, 2014; and

2     WHEREAS, no party will be prejudiced by the continuance sought herein.

3     NOW THEREFORE, the parties respectfully and jointly request that the Court continue

4  the Initial Case Management Conference, currently set for June 12, 2014, to August 14, 2014, or

5  as soon thereafter as may be convenient for the Court.

6     Respectfully submitted this 7th day of May, 2014.

8  Dated: May 7, 2014                RACHEL KREVANS
                                     CHRISTOPHER J. CARR
9                                    NAVI DHILLON
                                     MORRISON & FOERSTER LLP
10

12                              By:  */s/ Christopher J. Carr*
                                     CHRISTOPHER J. CARR

13                                   Attorneys for Defendants
                                     KEVIN J. LUNNY and
14                                   DRAKES BAY OYSTER COMPANY

17
18 Dated: May 7, 2014                JACK SILVER
                                     LAW OFFICE OF JACK SILVER
19

20                              By:  */s/ Jack Silver*
                                     JACK SILVER
21
                                     Attorneys for Plaintiff
22                                   CALIFORNIA RIVER WATCH

28

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
C 14-00598 EMC
sf- 3412487

2

Case 3:14-cv-00598-EMC   Document 22   Filed 05/08/14   Page 3 of 3

# [P~~RO~~]OSED] ORDER

In light of the foregoing stipulation and good cause appearing, the Court hereby GRANTS the parties' stipulated request to continue the currently scheduled Initial Case Management Conference.

The Initial Case Management Conference currently set for June 12, 2014, shall be continued to August 14, 2014, at ~~9:00~~ 9:30 a.m. The parties shall file a joint case management conference statement one week in advance of that date.

**IT IS SO ORDERED.** (modified)

Dated: 5/8/14



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
C 14-00598 EMC
sf- 3412487

3