RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
CHRISTOPHER J. CARR (CA SBN 184076)
CCarr@mofo.com
NAVI DHILLON (CA SBN 279537)
NDhillon@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
KEVIN J. LUNNY and
DRAKES BAY OYSTER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN J. LUNNY; DRAKES BAY OYSTER COMPANY; DOES 1-30, inclusive,<br><br>Defendants. | Case No. C 14-00598 EMC<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff California River Watch and Defendants Kevin J. Lunny and Drakes Bay Oyster Company ("Drakes Bay"), by and through their respective counsel of record, hereby submit the following stipulated request to continue the Initial Case Management Conference currently set for August 14, 2014.

WHEREAS, prior to re-assignment to this Court, the Honorable Judge Beeler, pursuant to the request of the parties to continue the Initial Case Management Conference, had set that conference for August 14, 2014 (Doc. 11);

WHEREAS, this Court in its Case Management Conference Order in Reassigned Cases (Doc. 14) re-set the Initial Case Management Conference for June 12, 2014;

1  WHEREAS, this Court, pursuant to a joint request of the parties, re-set the Initial Case Management Conference for August 14, 2014 (Doc. 22);

WHEREAS, the federal government has directed Drakes Bay to cease its oyster farming operations by July 31, 2014 in light of the Supreme Court's recent order (2014 WL 1483683 (June 30, 2014)) denying the petition for certiorari in *Drakes Bay Oyster Company v. Sally Jewell*, 747, F.3d 1073 (2013) (affirming government's decision to let Drakes Bay's permit for commercial oyster farming expire);

WHEREAS, the parties would like time to discuss what effect the federal government's order directing Drakes Bay to cease its operations has on the issues in this case;

NOW THEREFORE, the parties respectfully and jointly request that the Court continue the Initial Case Management Conference, currently set for August 14, 2014, to October 16, 2014, or as soon thereafter as may be convenient for the Court.

Respectfully submitted this 17th day of July, 2014.

Dated: July 17, 2014

RACHEL KREVANS
CHRISTOPHER J. CARR
NAVI DHILLON
MORRISON & FOERSTER LLP

By:  */s/ Christopher J. Carr*
       CHRISTOPHER J. CARR

Attorneys for Defendants
KEVIN J. LUNNY and
DRAKES BAY OYSTER COMPANY

1     Dated: July 17, 2014        JACK SILVER
                                                       LAW OFFICE OF JACK SILVER

By:    */s/ Jack Silver*
        JACK SILVER

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
C 14-00598 EMC
sf-3438415

3

1 **[PR~~OPO~~SED] ORDER**

In light of the foregoing stipulation and good cause appearing, the Court hereby GRANTS the parties' stipulated request to continue the currently scheduled Initial Case Management Conference.

The Initial Case Management Conference currently set for August 14, 2014, shall be continued to October 16, 2014, at 9:30 a.m. The parties shall file a joint case management conference statement one week in advance of that date.

**IT IS SO ORDERED**.

Dated: 7/21/14



EDWARD M. CHEN
United States District Judge

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
C 14-00598 EMC
sf-3438415

4