1  RACHEL KREVANS (CA SBN 116421)
   RKrevans@mofo.com
2  CHRISTOPHER J. CARR (CA SBN 184076)
   CCarr@mofo.com
3  NAVI DHILLON (CA SBN 279537)
   NDhillon@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   KEVIN J. LUNNY and
8  DRAKES BAY OYSTER COMPANY

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  CALIFORNIA RIVER WATCH,              Case No.    C 14-00598 EMC

14              Plaintiff,               **STIPULATED REQUEST TO
                                         CONTINUE CASE**
15       v.                             **MANAGEMENT CONFERENCE;
                                         [PROPOSED] ORDER**
16  KEVIN J. LUNNY; DRAKES BAY OYSTER
    COMPANY; DOES 1-30, inclusive,
17
                Defendants.
18

19       Pursuant to Local Rules 6-1 and 6-2, Plaintiff California River Watch and Defendants

20  Kevin J. Lunny and Drakes Bay Oyster Company ("Drakes Bay"), by and through their

21  respective counsel of record, hereby submit the following stipulated request to continue the Initial

22  Case Management Conference currently set for October 16, 2014.

23       WHEREAS, prior to re-assignment to this Court, the Honorable Judge Beeler, pursuant to

24  the request of the parties to continue the Initial Case Management Conference, had set that

25  conference for August 14, 2014 (Doc. 11);

26       WHEREAS, this Court in its Case Management Conference Order in Reassigned Cases

27  (Doc. 14) re-set the Initial Case Management Conference for June 12, 2014;

28

1    WHEREAS, this Court, pursuant to a joint request of the parties, re-set the Initial Case

2    Management Conference for August 14, 2014 (Doc. 22);

3    WHEREAS, this Court, pursuant to a joint request of the parties, re-set the Initial Case

4    Management Conference for October 16, 2014 (Doc. 25);

5    WHEREAS, Drakes Bay, at the direction of the federal government, has ceased some of

6    its oyster farming operations in light of the Supreme Court's recent order (2014 WL 1483683

7    (June 30, 2014)) denying the petition for certiorari in *Drakes Bay Oyster Company v. Sally*

8    *Jewell*, 747, F.3d 1073 (9th Cir. 2013) (affirming government's decision to let Drakes Bay's

9    permit for commercial oyster farming expire);

10   WHEREAS, the federal government and Drakes Bay are still engaged in settlement

11   discussions relating to Drakes Bay's oyster farming operations in Drakes Estero;

12   WHEREAS, the parties wish to allow the federal government and Drakes Bay to conclude

13   their settlement discussions prior to meeting with the Court;

14   WHEREAS, the parties believe that the result of those settlement discussions will have a

15   direct impact on the issues in this case;

16   NOW THEREFORE, the parties respectfully and jointly request that the Court continue

17   the Initial Case Management Conference, currently set for October 16, 2014, to January 15, 2015,

18   or as soon thereafter as may be convenient for the Court.

19   Respectfully submitted,

20

21   Dated: September 29, 2014

22                                          MORRISON & FOERSTER LLP

23

24                                   By:     /s/ Christopher J. Carr
                                            CHRISTOPHER J. CARR

25                                          Attorneys for Defendants
                                            KEVIN J. LUNNY and
26                                          DRAKES BAY OYSTER COMPANY

27

28

1

2     Dated: September 29, 2014
                                        LAW OFFICE OF JACK SILVER
3

4
                                   By:    /s/ Jack Silver
5                                         JACK SILVER

6                                         Attorneys for Plaintiff
                                          CALIFORNIA RIVER WATCH
7

8

9                              **ECF ATTESTATION**

10        I, Christopher J. Carr, hereby attest that Mr. Jack Silver, Esq., concurs in this filing.  This

11    attestation is made pursuant to Civil L.R. 5-1(i)(3).

12

13                                 By:   /s/ Christopher J. Carr

14                                       Christopher J. Carr

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      In light of the foregoing stipulation and good cause appearing, the Court hereby GRANTS

3  the parties' stipulated request to continue the currently scheduled Initial Case Management

4  Conference.

5      The Initial Case Management Conference currently set for October 16, 2014, shall be

6  continued to January 15, 2015, at 9:30 a.m.  The parties shall file a joint case management

7  conference statement one week in advance of that date.

8      **IT IS SO ORDERED**.

9

10

11          10/6/14

12  Dated:_____



13      EDWARD
        United Sta

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28