RACHEL KREVANS (CA SBN 116421)
RKrevans@mofo.com
CHRISTOPHER J. CARR (CA SBN 184076)
CCarr@mofo.com
NAVI DHILLON (CA SBN 279537)
NDhillon@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
KEVIN J. LUNNY and
DRAKES BAY OYSTER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>             Plaintiff,<br><br>      v.<br><br>KEVIN J. LUNNY; DRAKES BAY OYSTER COMPANY; DOES 1-30, inclusive,<br><br>             Defendants. | Case No.   C 14-00598 EMC<br><br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

     Pursuant to Federal Rule of Civil Procedure 41, Plaintiff California River Watch ("Plaintiff") and Defendants Kevin J. Lunny and Drakes Bay Oyster Company (together "Drakes Bay"), by and through their respective counsel of record, stipulate to the following:

     WHEREAS, on October 6, 2014, Drakes Bay and S.M.R. Jewell, in her official capacity as Secretary of Interior, filed a Stipulated Request for Approval of Settlement and Entry of Consent Decree ("Settlement") in the following related action:  *Drakes Bay Oyster Company, et al. vs. S.M.R. Jewell*, *et al.*, Case No. 12-cv-06134 YGR/DMR (N.D. Cal.);

     WHEREAS, on October 8, 2014, the Hon. Yvonne Gonzalez Rogers issued an order granting the stipulated request for approval of the Settlement and entry of consent decree;

STIPULATION RE DISMISSAL AND [PROPOSED] ORDER
C 14-00598 EMC
sf-3471472

1

1  WHEREAS, Plaintiff wishes to dismiss this lawsuit on the ground the terms of the
2  Settlement fully resolve the issues raised by this lawsuit; and
3  WHEREAS, it is agreed that each party will bear its own fees and costs;
4  NOW, THEREFORE, Drakes Bay and Plaintiff respectfully and jointly request that the
5  Court enter the accompanying proposed order dismissing this action without prejudice.
6  Respectfully submitted,

Dated: November 3, 2014
MORRISON & FOERSTER LLP

By: */s/ Christopher J. Carr*
CHRISTOPHER J. CARR

Attorneys for Defendants
KEVIN J. LUNNY and
DRAKES BAY OYSTER COMPANY

Dated: November 3, 2014
LAW OFFICE OF JACK SILVER

By: */s/ Jack Silver*
JACK SILVER

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

**ECF ATTESTATION**

I, Christopher J. Carr, hereby attest that Mr. Jack Silver, Esq., concurs in this filing. This attestation is made pursuant to Civil L.R. 5-1(i)(3).

By: */s/ Christopher J. Carr*
Christopher J. Carr

# [PROPOSED] ORDER

In light of the foregoing stipulation and good cause appearing, the Court hereby GRANTS the parties' stipulated request and hereby dismisses this action without prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: 11/5/14



_____
EDWARD M. CHEN
United States District Judge